DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY R. BARRETT,**
Appellant,

v.

**WELLS FARGO BANK, N.A., SUCCESOR IN INTEREST TO WACHOVIA MORTGAGE, F.S.B.** f/k/a **WORLD SAVINGS BANK, F.S.B.,**
Appellee.

No. 4D18-2414

[June 27, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE10016853.

Anthony R. Barrett, Plantation, pro se.

Emily Y. Rottmann, Sara F. Holladay-Tobias, and C.H. Houston III of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST, JJ., and SASSER, MEENU, Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*